# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                      November 13, 2006

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

vs                                                       CRIMINAL 97-0009CCC

2) JULIO CESAR VALDEZ-CALLETANO

By order of the Court the Motion for Revocation of Supervised Release filed on November 13, 2006 by the U.S. Probation Officer (**docket entry 84**) is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order revocation and for report and recommendation. The Clerk of Court to issue Writ of Habeas Corpus ad Prosequendum directed to the Warden of MDC-Guaynabo to produce defendant before the U.S. Magistrate.

                                                        S/María M. Delgado, Secretary