AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

UNITED STATES OF AMERICA,           **APPEARANCE**
Plaintiff

       v.                            CASE NO. 97-009(CCC)

**JULIO CESAR VALDEZ-CALLETANO**
Defendant.

To the Clerk of this court and all parties of record:

       Enter my appearance as **lead-counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

  December 20, 2006
    Date

                                         S/Dina Avila-Jimenez
                                         Dina Avila-Jimenez, A.U.S.A.
                                         U.S.D.C. #G00215
                                         Torre Chardon, Suite 1201
                                         350 Carlos Chardon St.
                                         San Juan, P.R.  00918
                                         Tel. No. (787)766-5656

**Notice of Appearance**
U.S. v. Julio César Valdez-Calletano
Crim. No. 97-009(CCC)
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

At San Juan, Puerto Rico, this 20th day of December 2006.

                                               S/Dina Avila-Jimenez
                                               Dina Avila-Jimenez, A.U.S.A.
                                               Assistant U.S. Attorney