IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF PUERTO RICO

UNITED STATES OF AMERICA,
PLAINTIFF,

v.                                      CRIMINAL CASE NO. 97-00009 (CCC)

JULIO C. VALDEZ-CALLETANO,
DEFENDANT.                    /

NOTICE OF APPEAL.

TO THE HONORABLE JUDGE
CARMEN CONZUELO CEREZE
UNITED STATES DISTRICT JUDGE

HERE COMES NOW Julio C. Valdez-Calletano, proceeding pro-se to very respecfully submit his notice of appeal of the sentence imposed in the above captioned criminal manner. The sentence was imposed on December 19, 2006. This appeal has been filed on December 25, 2006, duly filed within the 10 day period requiered by law. This mail was placed in the MDC, Guaynabo, legal mail box pursuant to the Mail Box Rule.

RESPECTFULLY SUBMITTED, In San Juan, Puerto Rico on this the ___25th___ day of December, 2006.


I HEREBY CERTIFY that the following legal correspondence was placed in the the MDC Guaynabo, legal mail box to be delivered to CLERK'S OFFICE UNITED STATES DISTRICT COURT, ROOM 150 FEDERAL BLDG, SAN JUAN, PR 00918-1767; and a true and exact copy was mailed to U.S. ATTORNEY'S OFFICE, TORRE DE CHARDON, 350 CARLOS CHARDON AVE., SUITE 1201, SAN JUAN, PUERTO RICO 00918.


*Julio C. VAldez*
Julio C. Valdez-Calletano
Reg. No. 14080-069  2-B
Metropolitan Detention Center
P.O. Box 2147
San Juan, Puerto Rico
00922-2147

Julio Valdez-Calietano
Reg 14080-069 Unit 2 B
Metrolplitan Detention center
PO Box 2147
San Juan, PR 00922

LEGAL MAIL
Confidential & Priviledge

United States District Court
For The District of Puerto Rico
US Courthouse Room 150
150 Chardon Ave
Hato rey, PR 00918