## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** January 24, 2007

**DC #:** 97-009 (CC)

**APPEAL FEE PAID:** YES ____ NO __X__

**CASE CAPTION:** USA v. García
Defendant: Julio César Váldez-Cayetano (2)

**IN FORMA PAUPERIS:** YES __X__ NO ____

**MOTIONS PENDING:** YES ____ NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant
- NOA filed by defendant on 12/29/06 (#95) _____
- - NOA filed by counsel on 01/03/07 (#94) _____

**APPEAL FROM:** - Sentence imposed on 12/19/06 (See Minute #91)
- - Judgment for Revocation entered on 12/21/06

**SPECIAL COMMENTS:** Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                  **VOLUMES:**

Docket Entries   84-95                                                    I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk